AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
| v. | ) | Case No. 21-8059-BER |
| | ) | |
| AVELINO GOMEZ-URIETA | ) | |
| _Defendant(s)_ | ) | |

**FILED BY_____ _TM_ ___D.C.**

**_Feb 23, 2021_**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 3, 2019_____ in the county of _____Palm Beach_____ in the _____Southern_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| Title 8 U.S.C. 1326(a) & (b)(2) | Illegal re-entry after deportation |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
_Complainant's signature_

TFO Andy Korzen, HSI
_Printed name and title_

Sworn and Attested to me by Applicant by Telephone (~~FaceTime~~) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: ___2/23/21___

_____
_Judge's signature_

City and state: _____West Palm Beach, FL_____

Bruce Reinhart, U.S. Magistrate Judge
_Printed name and title_

**AFFIDAVIT OF ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1.      I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over seventeen years. I am currently assigned to the Homeland Security Investigations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2.      This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Avelino GOMEZ-URIETA committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

3.      On or about January 3, 2019, Avelino GOMEZ-URIETA was arrested in Palm Beach County, Florida on an outstanding warrant for violation of probation (VOP) for the offense of possession of cocaine with intent to sell. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system resulting in a positive match for an individual previously removed from United States, that is, Avelino GOMEZ-URIETA. On or about January 4, 2019, Avelino GOMEZ-URIETA was released from custody on his own recognizance. Avelino

1

GOMEZ-URIETA failed to appear for a VOP hearing on February 7, 2019, and a bench warrant was issued.  Avelino GOMEZ-URIETA was not located until February 17, 2021, when he was arrested and booked into the Palm Beach County Jail.

4.     A review of the immigration alien file shows that Avelino GOMEZ-URIETA is a native and citizen of Mexico. Records further show that on or about March 20, 2017, Avelino GOMEZ-URIETA was ordered removed from the United States. The Order of Removal was executed on or about March 23, 2017, whereby Avelino GOMEZ-URIETA was removed from the United States and returned to Mexico.

5.     Thereafter, Avelino GOMEZ-URIETA re-entered the United States illegally and was removed and returned to Mexico on three additional separate occasions, on or about following dates: June 16, 2017, October 3, 2017, and January 19, 2018.

6.     Records further show that on or about August 15, 2016, in the Circuit Court, Fifteenth Judicial Circuit in and for Palm Beach County, Florida, Avelino GOMEZ-URIETA was convicted of the felony offense of possession of cocaine with intent to sell in case number 2016CF002673AMB.

7.     A further review of the records shows that Avelino GOMEZ-URIETA, in the United States District Court, Southern District of Texas, was convicted of illegal entry into the United States on three separate occasions, on or about following dates: May 22, 2017, July 10, 2017, and November 7, 2017.

8.     United States Department of Homeland Security, Forensic Laboratory Senior Fingerprint Specialist Kenneth M. Woods conducted a fingerprint comparison in this case, which confirmed that the individual arrested in Palm Beach County, Florida on

or about January 3, 2019, that is, Marco Antonio MEDINA-JIMENEZ, was the same person previously removed from the United States.

9.      A record check was performed in the Computer Linked Application Informational Management System (CLAIMS) to determine if Avelino GOMEZ-URIETA filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Avelino GOMEZ-URIETA obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

10.     Based on the foregoing, I submit that probable cause exists to believe that, on or about January 3, 2019, Avelino GOMEZ-URIETA, an alien who was previously deported and removed from the United States, was found in the United States, without having received express consent from the Attorney General, or the Secretary of the Department of Homeland Security, for re-admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 in West Palm Beach, Florida this _23_ day of February 2021.

BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 21-8059-BER

**UNITED STATES OF AMERICA**

v.

**AVELINO GOMEZ-URIETA**

    **Defendant.**

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes ✓ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? ___ Yes ✓ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: *Rinku Tribuiani*
_____

Rinku Tribuiani
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0150990
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 820-8711
Fax: (561) 820-8777
Email: RTribuiani@usa.doj.gov